# CMD
## CARMEL, MILAZZO & DICHIARA LLP
ATTORNEYS AT LAW

November 26, 2019

<u>Via ECF</u>

Hon. Katherine H. Parker, USMJ
United State Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2019
```

Re: *Vacchi v. E\*Trade Financial Corporation*
Case No.: 1:19-cv-03505 (DLC)

**MEMO ENDORSED**

Dear Judge Parker:

    This firm represents Plaintiff Gianluca Vacchi ("Plaintiff") in the above-referenced action. I write to follow up on the telephone call with your Clerk and counsel for Defendant regarding Plaintiff's request to adjourn the mediation scheduled for December 3, 2019 at 2 p.m.

    As I advised during the call, the adjournment of the mediation is necessary because Mr. Vacchi is undergoing surgery on Monday, December 2, 2019, and will not be able to appear by video during the mediation on December 3, 2019. Therefore, Plaintiff respectfully requests that the Court adjourn the mediation. We spoke with the Courtroom Deputy, who advised us that the Court is available the afternoon of January 23, 2020 for an adjourned mediation date. I have conferred with counsel for Defendant, who consents to the requested adjournment, and has advised us that Defendant is available on January 23, 2020.

    Accordingly, Plaintiff respectfully requests that the Court adjourn the mediation in the above-referenced action to January 23, 2020.

Respectfully submitted,

*Christopher P. Milazzo*

Christopher P. Milazzo

cc: Adam Lazier, Esq. (via ECF)

---

**The settlement conference in this matter currently scheduled for Tuesday, December 2, 2019 at 2:00 p.m. is rescheduled to <u>Thursday, January 23, 2020 at 2:00 p.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>Thursday, January 16, 2020 by 5:00 p.m.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
11/27/2019

55 West 39th Street, 18th Floor New York, NY 10018 | (p) 212/658-0458 (f) 646/838-1314 cmdllp.com